UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed stating that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**CR 92-00001 WBS  United States v. Donell Hatcher**
**CR 09-0625 MMC   United States v. Donell Hatcher**

**ORDER**

The time for filing a statement to support or oppose the Notice has passed.  On the basis of the material submitted to the Court, I find that the cases:

[   ]    ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[   ]    ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ X ]    ARE RELATED as defined by Crim. L.R. 8-1(b).  Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the Honorable William B. Shubb.  Counsel are instructed that all future filings are to bear the initials **WBS** immediately after the case number.  All matters presently scheduled for hearing in the reassigned case(s) before a district court judge are vacated and must be renoticed for hearing before Judge Shubb.

DATED:  June 26, 2009

UNITED STATES DISTRICT JUDGE