1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2   BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
5
    450 Golden Gate Ave., Box 36055
6   San Francisco, California 94102
    Telephone: (415) 436-7200
7   Fax: (415) 436-7234
    E-Mail: denise.barton@usdoj.gov
8
    Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12
    UNITED STATES OF AMERICA,          )   CR No. 09-00625 WBS
13                                     )
        Plaintiff,                     )   STIPULATION AND [PROPOSED]
14                                     )   ORDER SETTING MOTIONS
             v.                        )   SCHEDULE
15                                     )
    DONELL HATCHER,                    )
16                                     )
        Defendant.                     )
17  _____)

18      As directed by the Court at the March 25, 2010 appearance, the parties have conferred to

19  set further dates in this matter.

20      Defense counsel has advised that he intends to file motions and requests the following

21  schedule:

22      Defense motions due          June 4, 2010

23      Government oppositions due    June 18, 2010

24      Defense replies due          June 25, 2010

25      Defense counsel requests the above schedule to permit adequate time for preparation of

26  the motions; and the request is also due to his previously-set travel schedule in June 2010.

27
    UNITED STATES V. HATCHER,
28  CR No. 09-00625 WBS,
    STIPULATION AND [PROPOSED] ORDER SETTING MOTIONS SCHEDULE

1     The United States does not object to this briefing schedule.

2     The parties are available for hearing on the motions on July 15, 2010 at 10:30 a.m.

3     The parties agree that in light of this stipulated motions schedule, the currently-set April

4     28, 2010 motions / trial setting appearance before this Court is no longer necessary and that the

5     date should be vacated.

6     Unless the Court directs otherwise, the parties will set a trial date at the motions hearing.

7     At the March 25, 2010 appearance, this Court excluded time through April 28, 2010. The

8     parties agree that time is properly excluded from April 28, 2010 through June 5, 2010 under 18

9     U.S.C. § 3161(h)(7)(B)(iv) to afford counsel adequate time for preparation of motions and for

10    continuity of counsel, and that time will be excluded from the filing of motions on June 5, 2010

11    through the "conclusion of the hearing on, or other prompt disposition of, such motion" under 18

12    U.S.C. § 3161(h)(1)(D).

13

14
                                                    Respectfully submitted,
15

16                                                  JOSEPH P. RUSSONIELLO
                                                    United States Attorney
17

18
      Dated:  April 22, 2010                        _____/s/_____
19                                                  DENISE MARIE BARTON
                                                    Assistant United States Attorney
20

21
                                                    _____/s/_____
22                                                  JOHN M. RUNFOLA
                                                    Attorney for DONELL HATCHER
23

24    //

25    //

26    //

27

28    UNITED STATES V. HATCHER,
      CR No. 09-00625 WBS,
      STIPULATION AND [PROPOSED] ORDER SETTING MOTIONS SCHEDULE

                                                2

1    Based upon the representation of counsel, the Court sets for the following briefing
2  schedule:

3    Defense motions due                June 4, 2010
4    Government oppositions due         June 18, 2010
5    Defense replies due                June 25, 2010
6    Hearing on motions                 July 15, 2010 at 10:30 a.m.

7    The Court hereby vacates the motions / trial setting date scheduled for April 28, 2010.

8    The Court further finds that failing to exclude the time between April 28, 2010 and June
9  5, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel
10  the reasonable time necessary for effective preparation and continuity of counsel, taking into
11  account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further
12  finds that the ends of justice served by excluding the time between April 28, 2010 and June 5,
13  2010 from computation under the Speedy Trial Act outweigh the best interests of the public and
14  the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between
15  April 28, 2010 and June 5, 2010 shall be excluded from computation under the Speedy Trial Act.
16  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The Court further finds that time will be excluded under
17  the Speedy Trial Act upon the filing of motions on June 5, 2010 through the "conclusion of the
18  hearing on, or other prompt disposition of, such motion[s]" under 18 U.S.C. § 3161(h)(1)(D).

19

20  SO ORDERED:

21

22  Date: April 22, 2010

23

24                           WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE
25

26

27

28  UNITED STATES V. HATCHER,
     CR No. 09-00625 WBS,
     STIPULATION AND [PROPOSED] ORDER SETTING MOTIONS SCHEDULE

                                    3