1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON  (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: denise.barton@usdoj.gov
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )   CR No. 09-00625 WBS
13                                  )
          Plaintiff,                )   **STIPULATION AND [PROPOSED]**
14                                  )   **ORDER CONVERTING MOTIONS**
             v.                     )   **HEARING DATE TO A TRIAL SETTING**
15                                  )   **DATE AND EXCLUDING TIME FROM**
   DONELL HATCHER,                  )   **JUNE 4, 2010 THROUGH JULY 15, 2010**
16                                  )
          Defendant.                )
17  _____)

18       By Stipulation and Order signed by this Court on April 22, 2009 (Docket No. 31), the

19  parties set a briefing schedule and excluded time under the Speedy Trial Act from March 28,

20  2009 through the filing of motions on June 4, 2010.  The next appearance before this Court was

21  set for July 15, 2010 for a Motions hearing.  Defendant did not file Motions on June 4, 2010.

22       The parties request that the Court convert the currently scheduled July 15, 2010 Motions

23  Hearing date to a Trial Setting Date.  The parties further request that time be excluded from June

24  4, 2010, the date motions were scheduled to be filed, through July 15, 2010.  Defense counsel

25  has been engaged in review and assessment of the case to assess pretrial resolution and in

26  preparation of trial.  Counsel is unavailable to set an earlier date before this Court for a trial

27

28  UNITED STATES V. HATCHER,
    CR No. 09-00625 WBS,
    STIPULATION AND [PROPOSED] ORDER

setting hearing for the following reasons.  The parties do not have a mutually available date prior to the scheduled hearing.  Counsel for the United States is unavailable the week of June 21, 2010 and part of the week of June 28, 2010 due to a trial in the matter of *United States v. Solorza*, CR No. 09-0217 PJH and anticipates being out of the Office for personal matters on July 6 and 7, 2010.  Counsel for the defense is also unavailable on a number of days prior to the July 15, 2010.  Accordingly, the parties agree that time should be excluded under the Speedy Trial Act from June 4, 2010 through July 15, 2010 for effective preparation of counsel and continuity of counsel, under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) to afford counsel adequate time to assess pretrial disposition of the case and prepare for trial and for continuity of counsel.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:   June 23, 2010          /s/
DENISE MARIE BARTON
Assistant United States Attorney

Dated: June 23, 2010
_____/s/_____

JOHN M. RUNFOLA
Attorney for DONELL HATCHER

 Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from June 4, 2010 through July 15, 2010 would unreasonably deny counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).  The Court further finds that the ends of justice served by excluding the time  from June 4, 2010 through July 15, 2010 from computation under the Speedy Trial Act outweigh the best interests of the

UNITED STATES V. HATCHER,
CR No. 09-00625 WBS,
STIPULATION AND [PROPOSED] ORDER

2

public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from June 4, 2010 through July 15, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED:

Date: June 23, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

UNITED STATES V. HATCHER,
CR No. 09-00625 WBS,
STIPULATION AND [PROPOSED] ORDER

3