1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5

6     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
7     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
8     E-Mail: denise.barton@usdoj.gov

9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                               SAN FRANCISCO DIVISION

13

14
   UNITED STATES OF AMERICA,          )   CR No. 92-0001 WBS
15                                    )   CR No. 09-0625 WBS
          Plaintiff,                  )
16                                    )   STIPULATION AND [PROPOSED]
       v.                             )   ORDER
17                                    )
   DONELL HATCHER,                    )
18                                    )
          Defendant.                  )
19 _____    )

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER,
UNITED STATES v. HATCHER,
CR 92-0001 WBS, CR 09-0625 WBS

1  Since the Court set these matters for hearing on December 10, 2010 at 1:30 p.m., a
2  scheduling conflict has arisen for the United States.  After consultation with the Court's Deputy
3  Clerk, the United States respectfully requests that the time for this hearing be reset for December
4  10, 2010 at 10:30 a.m.  Defense counsel has no objection and joins in the United States' request.

6  SO STIPULATED:

8  DATED: December 7, 2010

9                                              Respectfully submitted,

10                                             MELINDA HAAG
                                            United States Attorney

12                                   _____/s/_____
                                  DENISE MARIE BARTON
13                                   Assistant United States Attorney

15                                   _____/S/_____
                                  JOHN RUNFOLA
                                  Attorney for DONELL HATCHER

ORDER

18  At the request of the parties, the time for the December 10, 2010 hearing in the above-
19 captioned matters is now reset for 10:30 a.m.

21  SO ORDERED:

22 DATED:   December 8, 2010

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER,
UNITED STATES v. HATCHER,
CR 92-0001 WBS, CR 09-0625 WBS                    -2-