IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DONNELL HATCHER,<br><br>　　　　　Defendant.　　　　　　　　　／ | No. CR 09-00625 CRB<br><br>**ORDER DENYING MOTIONS** |

In this case, which is on appeal to the Ninth Circuit Court of Appeals, see Notice of Appeal (dkt. 248); Notice of Appeal (dkt. 252); Notice of Appeal (dkt. 266), and which was recently transferred to this Court, see Order Reassigning Cases (dkt. 273), there are 15 motions currently pending:

　　　1.　　Motion to Re-Appoint Counsel (dkt. 135);

　　　2.　　Motion for Relief of Final Judgment (dkt. 136);

　　　3.　　Motion to Appoint Counsel (dkt. 138);

　　　4.　　Motion to Strike Late Motions (dkt. 153);

　　　5.　　Motion for a Deadline Date (dkt. 162);

　　　6.　　Motion for Relief "Double Jeopardy" (dkt. 190);

　　　7.　　Motion for Relief 60(d)(3) (dkt. 208);

　　　8.　　Motions for Copies of Motions (dkt. 223);

9. 2255 Motion (dkt. 263);
10. Motion for the Relief of Counsel and Self Representation (dkt. 265);
11. Motion for the Substitute of Counsel (dkt. 267);
12. Motion to Set Aside, Vacate or Correct Sentence (dkt. 268); and
13. Motion for Relief of Counsel (dkt. 269);
14. Reconsideration Motion (dkt. 274);
15. Motion to Vacate (dkt. 275).

All of the pending motions are DENIED. Defendant Donnell Hatcher is advised to direct his concerns to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: June 3, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2