IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>DONNELL HATCHER,<br><br>                    Defendant. | No. CR 09-00625 CRB<br><br>**ORDER DENYING MOTION TO SUBSTITUTE COUNSEL** |

In this case, which is on appeal to the Ninth Circuit Court of Appeals, see Notice of Appeal (dkt. 248); Notice of Appeal (dkt. 252); Notice of Appeal (dkt. 266), and which was recently transferred to this Court, see Order Reassigning Cases (dkt. 273), Defendant Donnell Hatcher has moved to substitute his attorney on appeal. Mot. (dkt. 284). That Motion is DENIED without prejudice to Defendant making the same request of the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: August 17, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE