IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00625 CRB |
| Plaintiff, | |
| v. | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| DONNELL HATCHER, | |
| Defendant. | |

This case has been remanded for the limited purpose of granting or denying a certificate of appealability ("COA"). See USCA Order (dkt. 288). The Court DENIES petitioner a certificate of appealability because petitioner has not made "a substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2). Nor has he demonstrated that reasonable jurists would find the Court's assessment of the constitutional claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). The clerk shall forward to the court of appeals the case file with this Order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated: February 9, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE