IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNELL HATCHER,<br><br>Defendant. | No. CR 09-00625 CRB<br>CR 92-01 CRB<br><br>**ORDER DIRECTING BRIEFING ON TWO MOTIONS** |

Currently pending are two motions by Donell Hatcher: (1) a Motion for Modification of Term of Imprisonment Pursuant to Title 18 U.S.C. § 3582(c)(2) (dkt. 2442) and (2) a Petition for the Correction of Sentence in light of <u>Molina-Martinez v. United States</u>, 136 S.Ct. 1338 (2016) (dkt. 2444). Although this case was for some period of time on appeal with the Ninth Circuit Court of Appeals, <u>see</u> Order Denying Motions (dkt. 2435) (explaining that "Defendant is advised to direct his concerns to the Ninth Circuit Court of Appeals"), the Ninth Circuit has since dismissed Hatcher's appeal, finding that Hatcher "failed to perfect" it, <u>see</u> USCA Order (dkt. 2440). Accordingly, the Court DIRECTS the government to respond to the two pending motions, within thirty days of this order. Hatcher may then file a reply in support of each motion, if he wishes to do so, within fourteen days of his receipt of

//

//

the government's oppositions.

**IT IS SO ORDERED.**



Dated: August 9, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE