IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DONNELL HATCHER,<br><br>    Defendant. | No. CR 09-625<br><br>**ORDER DENYING MOTION** |

    The Court recently denied Defendant Donnell Hatcher's petition for the correction of his sentence in Case No. 92-01, explaining that dismissal was without prejudice to Hatcher's pursuing those claims if the Ninth Circuit allows him to do so. See Mot. for Correction (dkt. 2444) in Case No. 92-01; Order Denying Motion (dkt. 2463) in Case No. 92-01. The Court notes that Hatcher filed the same exact petition in his other case. See Mot. for Correction (dkt. 298) in Case No. 09-625. Accordingly, the petition is also DENIED in Case No. 09-625, for the reasons explained in the Court's Order Denying Motion, again without prejudice to Hatcher's pursuing those claims if the Ninth Circuit allows him to do so. See Order Denying Motion in Case No. 92-01.

**IT IS SO ORDERED.**

Dated: January 10, 2017

                                                       CHARLES R. BREYER<br>
                                                       UNITED STATES DISTRICT JUDGE